UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-62096-RAR

**ADAM AXINN**, **individually and on behalf of all others similarly situated**,

    Plaintiff,

v.

**NATIONAL CAREER FAIRS, INC., a Nevada Corporation**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties have advised that they have amicably settled this matter [ECF No. 20]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal with the Court within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, 18th day of November, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**